IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKIE FRITZ,<br>       **Plaintiff**<br><br>v.<br><br>ALLIED SERVICES FOUNDATION<br>d/b/a ALLIED SERVICES<br>INTEGRATED HEALTH SYSTEM<br>       **Defendant** | No. 3:21cv1996<br><br>(Judge Munley) |

## ORDER

**AND NOW**, this 28th day of February 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Allied Services Foundation d/b/a Allied Services Integrated Health System's motion to dismiss (Doc. 10) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court